```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| VIBRA-TECH ENGINEERS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>SCOTT KAVALEK, et al.,<br><br>        Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 08-2646<br>        (JEI/AMD)<br><br>**ORDER DENYING MOTION FOR SANCTIONS (Dkt. No. 204)** |

**APPEARANCES:**

EARP COHN
By:  Edward F. Borden, Jr.
20 Brace Road, 4th Floor
Cherry Hill, NJ 08034
    Counsel for Plaintiff Vibra-Tech Engineers, Inc.

LAW OFFICES OF JOHN J. MASTER, JR.
By: John Joseph Master, Jr.
49 Grove Street
Haddonfield, NJ 08033
Newark, NJ 07102
    Counsel for Plaintiff Vibra-Tech Engineers, Inc.

LEONARD, SCIOLLA, HUTCHISON, LEONARD & TINARI, LLP
By:  Hugh J. Hutchison
712 East Main Street, Suite 1A
Moorestown, NJ 08057
    Counsel for Defendant Scott Kavalek

JACKSON LEWIS LLP
By:  Alexander Nemiroff
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
    Counsel for Defendants Roberta Kavalek, Integrated Geotechnical Solutions, Inc., and Geotech Instruments, Inc.

STARK AND STARK, PC
By:  Andrew John Podolski
P.O. Box 5315
Princeton, NJ 08543
    Counsel for Defendant Charles Bauman

**IRENAS,** Senior District Judge:

This matter having appeared before the Court upon a Motion for Sanctions filed by Integrated Geotechnical Solutions, Inc. and Roberta Kavalek, the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this __22nd__ day of December, 2011,

**ORDERED THAT:**

The Motion for Sanctions (Dkt. No. 204) filed by Integrated Geotechnical Solutions, Inc. and Roberta Kavalek is hereby **DENIED.**

                                              s/Joseph E. Irenas
                                      **JOSEPH E. IRENAS, S.U.S.D.J.**